# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

LARRY D. BUTLER, : CIVIL ACTION

    Plaintiff, :

        v. :

ROBERT L. CLARK, :
individually, and CISCO
TRAVEL PLAZA II, Inc., :

    Defendants. : NO. CV204-101

## O R D E R

Presently before the Court is Robert L. Clark's motion to dismiss. On March 9, 2005, the Court granted the motion to dismiss of Cisco Travel Plaza II, Inc. ("Cisco"). Although Butler filed a brief opposing Cisco's motion, he has not filed a brief opposing Clark's motion. Doc. No. 31. Under Local Rule 7.5, failure to respond to a motion indicates no opposition thereto.

Accordingly, Clark's motion to dismiss is **GRANTED** as unopposed. The Clerk is directed to enter judgment accordingly.

**SO ORDERED**, this _27_ day of July, 2005.

                      _____
                      JUDGE, UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA